# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| PAUL MINIX, § | |
|     *Plaintiff,* § | |
| § | |
| VS. § | CIVIL ACTION NO. 6:22cv332 |
| § | |
| NICHOLAS MORRELL, TOM WATSON, § | |
| CATHERINE C. BATEMAN, § | |
| TREY HATTAWAY, ELISHA CALHOON § | |
| MS. EDWARDS, JONATHAN GRIZZLE § | |
|     *Defendants.* § | |

## NOTICE OF REMOVAL

TO THE HONORABLE JUDGE OF SAID COURT:

COME NOW Defendants **NICHOLAS MORRELL, TOM WATSON, TREY HATTAWAY, ELISHA CALHOON, LORETTA EDWARDS, and JOHNATHAN GRIZZLE**, and file this their Notice of Removal pursuant to 28 U.S.C. §§ 1441 and 1446, and, in support thereof, would show the Court the following:

1.   On or about July 12, 2022, Plaintiff filed his petition in the 188th District Court of Gregg County, Texas, Cause No. 2022-1112-A, naming Nicholas Morrell, Tom Watson, Trey Hattaway, Elisha Calhoon, Loretta Edwards, Johnathan Grizzle and Catherine Bateman as Defendants. Defendants Trey Hattaway, Elisha Calhoon and Loretta Edwards were served on July 26, 2022. Defendants Tom Watson and Johnathan Grizzle were served on July 27, 2022. Nicholas Morrell was served on August 1, 2022. Catherine Bateman has not been served to date. Defendants Nicholas Morrell, Tom Watson, Trey Hattaway, Elisha Calhoon, Loretta Edwards and Johnathan Grizzle filed their original answer on August 17, 2022, and jury demand on August 17, 2022.

2. **Grounds for Removal**. Some or all of Plaintiff's claims against Defendants are based upon claims for alleged deprivation of constitutional rights, actionable under the auspices of 42 U.S.C. §§1983 and 1988. Section 1983 states, in pertinent part, as follows:

> Every person who, under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia, subjects, or causes to be subjected, any citizen of the United States or other person within the jurisdiction thereof to the deprivation of any rights, privileges, or immunities secured by the Constitution and laws, shall be liable to the party injured in an action at law, suit in equity, or other proper proceeding for redress . . .

42 U.S.C. §1983. Plaintiff appears to be alleging deprivation of rights provided by the Fourth and Fourteenth Amendments to the United States Constitution. Plaintiff alleges "false imprisonment," obstruction of "access to courts," and violation of "due process." *See* Plaintiff's petition, p. 4. Consequently, this Court has federal question jurisdiction over Plaintiff's constitutional claims pursuant to 28 U.S.C. § 1331 which grants district courts jurisdiction over "all civil actions arising under the Constitution, laws, or treaties of the United States."

3. **Compliance With Removal Statutes**. Defendants have complied with the requirements for removal set forth in 28 U.S.C. § 1446(b). Plaintiff filed his petition on July 12, 2022. Defendants Nicholas Morrell, Tom Watson, Trey Hattaway, Elisha Calhoon, Loretta Edwards, and Johnathan Grizzle were served between July 26 and August 1, 2022. *See* Exhibits 3 - 8. Thursday, August 25, 2022, is the 30th day following the first receipt of a citation by the moving Defendants. To date, Catherine Bateman has not been served, and her consent is not required. *See* Exhibit 9. Accordingly, this Notice of Removal, filed on August 19, 2022, is timely.

4. Pursuant to Local Rule CV-81, Defendants provide the following information:

   a. **List of Parties**:

   Plaintiff:
   Paul Minix

   Removing Defendants:
   Nicholas Morrell
   Tom Watson
   Trey Hattaway
   Elisha Calhoon
   Loretta Edwards
   Johnathan Grizzle

   Unserved Defendant
   Catherine Bateman

   b. **Attachments**

   | | |
   |---|---|
   | Exhibit 1 | Civil Cover Sheet |
   | Exhibit 2 | Original petition filed on 7/12/2022 |
   | Exhibit 3 | Return of Citation for Personal Service to Elisha Calhoon |
   | Exhibit 4 | Return of Citation for Personal Service to Tom Watson |
   | Exhibit 5 | Return of Citation for Personal Service to Loretta Edwards |
   | Exhibit 6 | Return of Citation for Personal Service to Johnathan Grizzle |
   | Exhibit 7 | Return of Citation for Personal Service to Nicholas Morrell |
   | Exhibit 8 | Return of Citation for Personal Service to Trey Hattaway |
   | Exhibit 9 | Return of Citation for Personal Service to Catherine Bateman - Unserved |
   | Exhibit 10 | Original Answer to Plaintiff's Original Petition on Behalf of Defendants filed on 8/17/2022 |
   | Exhibit 11 | Defendants' Request for Jury Trial filed on 8/17/2022 |
   | Exhibit 12 | Certified Copy of State Court Docket Sheet |

c. **List of Attorneys to date**:

**Pro se Plaintiff**

Paul Minix - previous location at time of filing suit
Gregg County Jail
101 E. Methvin
Longview, Texas 75601

Smith County Jail - current location
206 E Elm Street
Tyler, TX 75702

**Counsel for Defendants** Nicholas Morrell, Tom Watson, Trey Hattaway, Elisha Calhoon, Loretta Edwards, Johnathan Grizzle

Robert S. Davis
State Bar No. 05544200
rsd@flowersdavis.com

Robin Hill O'Donoghue
State Bar No. 09652220
rho@flowersdavis.com

Flowers Davis, P.L.L.C.
1021 ESE Loop 323, Suite 200
Tyler, Texas 75701
(903) 534-8063

d. Defendants Nicholas Morrell, Tom Watson, Trey Hattaway, Elisha Calhoon, Loretta Edwards, Johnathan Grizzle have demanded a jury trial.

e. This case is being removed from the 188th District Court of Gregg County, Texas, 101 E. Methvin, Longview, TX 75601.

WHEREFORE, PREMISES CONSIDERED, Defendants Nicholas Morrell, Tom Watson, Trey Hattaway, Elisha Calhoon, Loretta Edwards, and Johnathan Grizzle, pray that the above action now pending against them in the 188th District Court of Gregg County, Texas be removed and properly filed in this Court.

Respectfully submitted,

**FLOWERS DAVIS, P.L.L.C.**
1021 ESE Loop 323, Suite 200
Tyler, Texas 75701
(903) 534-8063
(903) 534-1650 Facsimile

_/s/ Robert S. Davis_

**ROBERT S. DAVIS**
State Bar No. 05544200
rsd@flowersdavis.com
Lead Attorney

**ROBIN HILL O'DONOGHUE**
State Bar No. 09652220
rho@flowersdavis.com

**ATTORNEYS FOR DEFENDANTS**

## **CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing instrument was electronically filed with the Court and served upon *pro se* Plaintiff at his last known address in the above entitled and numbered cause on August 19, 2022, in the following manner:

  X    Via Certified Mail/ *RRR*

  X    Via Regular Mail

Paul Minix
Gregg County Jail
101 E. Methvin Street
Longview, TX 75601
***(Via Regular Mail)***

Paul Minix
Smith County Jail
206 E Elm Street
Tyler, TX 75702
***(Via CM/RRR No. 7014 2120 0001 7709 5495 and Via Regular Mail)***

_____
**Robert S. Davis**