IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| PAUL MINIX, #0193998, § <br> § <br> Plaintiff, § <br> § <br> v. § <br> § <br> NICHOLAS MORRELL, et al., § <br> § <br> Defendants. § § § | Case No. 6:22-cv-332-JDK-JDL |

### ORDER OF DISMISSAL

Before the Court is Plaintiff Paul Minix's motion to dismiss (Docket No. 12). Defendants have notified the Court that they "are in agreement with Plaintiff's decision to voluntarily dismiss his suit." Docket No. 15 at 1. The Court hereby **GRANTS** the motion. All pending claims in this case are **DISMISSED** without prejudice pursuant to Plaintiff's motion, Defendant's stipulation, and Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Each party shall bear its own costs and fees.

All pending motions are **DENIED** as moot.

The Clerk of Court is instructed to close this case.

So **ORDERED** and **SIGNED** this **24th** day of **January, 2023.**

_____
JEREMY D. KERNODLE
UNITED STATES DISTRICT JUDGE